UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:20-cv-01581-DDP (SHK) | Date: | May 26, 2020 |
| Title: | *Edward Leon Guy III v. Ben Carson, et al.* | | |

Present: The Honorable   Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):   ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED**

      On April 6, 2020, Plaintiff Edward Leon Guy III ("Plaintiff"), proceeding pro se and in forma pauperis ("IFP"), filed a First Amended Complaint ("FAC") citing 42 U.S.C. § 1983, 42 U.S.C. § 3613, and 28 U.S.C. § 1367 as legal bases for his claims against Dr. Ben Carson, Secretary of the United States Department of Housing and Urban Development ("HUD"); Robert Wilkie, Secretary of the Veteran's Administration ("VA"); Doug Guthrie, President and CEO at Housing Authority of the City of Los Angeles ("HACLA"); Cindy Salazar, a HACLA employee; Sylvia Kaplan, a HACLA employee; DROB LLC, a California limited liability company; and Doe Defendants 1-10 (collectively "Defendants"). Electronic Case Filing Number ("ECF No.") 7, FAC. In the FAC, Plaintiff also alleged several California, state causes of action.

      On April 27, 2020, after screening the Complaint, the Court issued an Order Dismissing the FAC with Leave to Amend ("ODLA"). ECF No. 9, ODLA. The Court provided Plaintiff until May 18, 2020, to file a Second Amended Complaint ("SAC"), should he so choose. Id. at 30-31. In the ODLA, the Court warned that "if Plaintiff does not comply with the instructions enumerated above," including timely filing a SAC, "the Court may recommend that this action be dismissed with or without prejudice for failure to state a claim, failure to prosecute, and/or failure to obey Court orders under Federal Rule of Civil Procedure 41(b)." Id. at 31. To date, Plaintiff has failed to timely file his SAC as ordered.

Under Federal Rule of Civil Procedure 41(b) ("Rule 41(b)"), the Court may dismiss an action with prejudice for failure to prosecute or failure to comply with any court order. See Fed. R. Civ. P. 41(b). Here, Plaintiff has failed to serve his SAC as ordered by the Court. Consequently, under Rule 41(b), the Court may properly dismiss the instant action with prejudice for failure to prosecute and comply with a court order. Before dismissing this action, however, the Court will afford Plaintiff an opportunity to explain the failure.

Accordingly, because Plaintiff has failed to timely file his SAC as ordered, Plaintiff is **ORDERED TO SHOW CAUSE** by **June 9, 2020,** why this action should not be dismissed for failure to prosecute and to follow Court rules and orders.

Plaintiff can satisfy this Order to Show Cause ("OSC") on or before June 9, 2020, by either: (1) filing a SAC as set out in the ODLA, ECF No. 9, or (2) notifying the Court that he no longer wishes to pursue this action. Failure to file a response by the date provided **will** result in a recommendation that the action be dismissed with or without prejudice for failure to prosecute and/or failure to comply with the Court's orders.

**IT IS SO ORDERED.**