1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| EDWARD LEON GUY, III,<br><br>Plaintiff,<br><br>v.<br><br>BEN CARSON, et al.,<br><br>Defendants. | Case No. 2:20-cv-01581-DDP (SHK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
|---|---|

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Second Amended Complaint ("SAC") and the Report and Recommendation ("R&R") of the United States Magistrate Judge, issued on June 22, 2020.  Electronic Case Filing Number ("ECF No.") 13, R&R.  The Court has engaged in <u>de novo</u> review of those portions of the Report to which Plaintiff has objected.  The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

(1) The R&R is ACCEPTED;

(2) The following claims are DISMISSED WITHOUT PREJUDICE:

| | | |
|---|---|---|
| 1 | (a) | Plaintiff's claims against the United States Department of Housing and Urban Development and the Veteran's Administration; |
| 4 | (b) | Plaintiff's Fifth Amendment and Cal. Civ. Code § 827 claim against the Housing Authority of the City of Los Angeles ("HACLA"); and |
| 7 | (c) | Plaintiff's 42 U.S.C. § 1983 ("§ 1983") claim against DROB LLC. |
| 8 | (3) | The Court DECLINES to exercise supplemental jurisdiction over the remaining state law claims against Defendant DROB LLC, and DISMISSES DROB LLC from this action, WITHOUT PREJUDICE. |

IT IS FURTHER ORDERED that Plaintiff's Fourteenth Amendment due process claim brought under § 1983 against Defendants HACLA, Sylvia Kaplan, and Cindy Salazar may proceed, and the Court will issue a separate order regarding service of this remaining claim on these three defendants.

Dated: May 23, 2023

_____
HONORABLE DEAN D. PREGERSON
United States District Judge