UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:20-cv-01581-DDP-SHK | Date: | September 7, 2023 |

Title: *Edward Leon Guy III v. Ben Carson, et al.*

Present: The Honorable Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):   ORDER TO SHOW CAUSE RE: FAILURE TO SERVE**

  The operative complaint in this matter is Plaintiff Edward Leon Guy's ("Plaintiff") Second Amended Complaint ("SAC") filed on May 21, 2020.  Electronic Case Filing Number ("ECF No.") 11, SAC.  Plaintiff was ordered ("Service Order") to serve a summons and the SAC on Defendants Housing Authority of the City of Los Angeles ("HACLA"), Sylvia Kaplan ("Kaplan"), and Cindy Salazar ("Salazar") pursuant to Federal Rule of Civil Procedure ("Rule") 4(m) by August 24, 2023.  ECF No. 17, Service Order at 1.  To date, Plaintiff has not indicated that Defendants HACLA, Kaplan, and Salazar have been served by filing the proof of service.

  Accordingly, on or before **September 22, 2023**, Plaintiff is ORDERED TO SHOW CAUSE in writing why the SAC should not be dismissed without prejudice for failure to prosecute; or file a proof of service demonstrating proper service of the summons and SAC on Defendants.

  The Court advises Plaintiff that failure to serve the summons and SAC and file the proof of service on or before September 22, 2023, **will** result in dismissal of this action for failure to prosecute.

  **IT IS SO ORDERED.**