JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD LEON GUY, III,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>BEN CARSON, et al.,<br><br>　　　　　　　Defendants. | Case No. 2:20-cv-01581-DDP (SHK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Case, **IT IS HEREBY ADJUDGED** that the case is **DISMISSED** without prejudice.

Dated:  December 11, 2023

　　　　　　　　　　　　　　　　　HONORABLE DEAN D. PREGERSON
　　　　　　　　　　　　　　　　　United States District Judge